UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DRYWALL TAPERS AND )
POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS and )
THE DISTRICT COUNCIL NO. 9, DRYWALL TAPERS AND )
POINTERS OF GREATER NEW YORK LOCAL UNION 1974, )
AFFILIATED WITH INTERNATIONAL UNION OF )
PAINTERS AND ALLIED TRADES, AFL-CIO, ) Case No.: 23-cv-07495(JSR)
        Plaintiffs, )
              )
  -against- ) <u>DEFAULT JUDGMENT</u>
              )
              )
KPM CONSTRUCTION, )
              )
        Defendant. )

---

  This action having been commenced on August 24, 2023 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, KPM Construction, on September 8, 2023 via affixing one true copy of the Summons and Complaint at the last known business address of Defendant KPM Construction, and on September 11, 2023 via first class mail at the last known business address of Defendant KPM Construction, and said Proof of Service having been filed with the Clerk of the Court on September 12, 2023, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

  ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of $10,262.01, which includes the following: principal amount due for the period of February 21, 2023 through February 28, 2023 in the sum of $5,273.66; interest calculated at 5.25% per annum through to October 18, 2023 in the sum of $175.98; liquidated damages calculated at

10% of the principal amount in the sum of $527.37; attorneys' fees in the sum of $3,750.00; and court costs and disbursements in the sum of $535.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York
       10/26, 2023

So Ordered:

_____
Honorable Jed S. Rakoff, U.S.D.J.